**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Norview Builders, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-3913357 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 9417 Tulley Avenue <br> Oak Lawn, IL 60453 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Will <br> County | **Location of principal assets, if different from principal place of business** <br> 706 Lockport Street and 24137 Lockport Street <br> Plainfield, IL 60544 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Norview Builders, Inc.                                                    Case number (*if known*)
_____
Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   Norview Builders, Inc. _____   Case number (*if known*) _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Norview Builders, Inc.                                                    Case number (*if known*) _____
          _____
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 22, 2018
               _____
               MM / DD / YYYY

**X** /s/ Brenda P. O'Sullivan                              Brenda P. O'Sullivan
_____               _____
Signature of authorized representative of debtor           Printed name

Title    President
         _____

---

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                              Date    January 22, 2018
_____                       _____
Signature of attorney for debtor                              MM / DD / YYYY

Gregory K. Stern 6183380
_____
Printed name

Gregory K. Stern, P.C.
_____
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
_____
Number, Street, City, State & ZIP Code

Contact phone    (312) 427-1558        Email address    greg@gregstern.com

6183380
_____
Bar number and State

---

<table>
<tr><td colspan="3">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td colspan="2">Norview Builders, Inc.</td></tr>
<tr><td colspan="3">United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td colspan="3">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bamba Gargano Valuation 4525 Weaver Parkway Suite 210 Warrenville, IL 60555 | | Services | | | | $250.00 |
| Cohen Financial c/o Cardinal Orange 30 North LaSalle Street Suite 1402 Chicago, IL 60602 | | 24137 Lockport Street, Plainfield, Illinois - Commercial Real Estate | | $220,000.00 | $175,000.00 | $45,000.00 |
| Commercial Affiliated 24401 W. Lockport Street Plainfield, IL 60544 | | Corporate Debt | | | | $500.00 |
| Cross Point Sales 10 South LaSalle Street Suite 2750 Chicago, IL 60603 | | Corporate Debt | | | | $150.00 |
| Nicholas R. Frenzel 120 West Madison Suite 200-10 Chicago, IL 60602 | | Professional Services | | | | $0.00 |
| Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | Utilities | | | | $1,004.96 |
| Patrick John Concannon 15105 James Street Plainfield, IL 60544 | | Loans | | | | $10,000.00 |
| Plainfield Village Water 3158 S. State Street Lockport, IL 60441 | | Utilities | | | | $500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Norview Builders, Inc. _____    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pro Tax 12100 South 89th Avenue Palos Park, IL 60464 | | Professional Services | | | | $750.00 |
| Tax Relief 1107 South Mannheim Road Suite 310 Westchester, IL 60154 | | Professional Services | | | | $3,500.00 |
| Thomas Lynch 9231 South Roberts Road Hickory Hills, IL 60457 | | Professional Fees | | | | $20,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Bamba Gargano Valuation
4525 Weaver Parkway
Suite 210
Warrenville, IL 60555


Catherine Elliott Dunn
1037 Howell Place
Suite 404
Aurora, IL 60505


Cohen Financial
c/o Cardinal Orange
30 North LaSalle Street
Suite 1402
Chicago, IL 60602


Commercial Affiliated
24401 W. Lockport Street
Plainfield, IL 60544


Cross Point Sales
10 South LaSalle Street
Suite 2750
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


James A. Murphy
Mahoney Silverman & Cross, LLC
822 Infantry Drive
Suite 100
Joliet, IL 60435


Leonard S. DeFranco
1S 443 Summit Road
Suite 301
Villa Park, IL 60181

MBLockport Corp.
c/o Margaret Burke
1112 Bristle Cone Court
Darien, IL 60561


Nicholas R. Frenzel
120 West Madison
Suite 200-10
Chicago, IL 60602


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Patrick John Concannon
15105 James Street
Plainfield, IL 60544


Plainfield Village Water
3158 S. State Street
Lockport, IL 60441


Pro Tax
12100 South 89th Avenue
Palos Park, IL 60464


Tax Relief
1107 South Mannheim Road
Suite 310
Westchester, IL 60154


Thomas Lynch
9231 South Roberts Road
Hickory Hills, IL 60457

# United States Bankruptcy Court
## Northern District of Illinois

In re    Norview Builders, Inc.             Case No. _____
                         Debtor(s)       Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Norview Builders, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Brenda P. O'Sullivan
9417 Tulley Avenue
Oak Lawn, IL 60453

☐ None [*Check if applicable*]

January 22, 2018
Date

/s/ Gregory K. Stern
Gregory K. Stern 6183380

Signature of Attorney or Litigant
Counsel for   Norview Builders, Inc.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com